**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: McGirr, Daniel T. <br>       <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-10240 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust Series 2006-5 Home Equity Mortgage Pass-Through Certificates, Series 2006-5, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8668

                                            Respectfully submitted,

                                            **/s/Brian C. Nicholas, Esquire**
                                            Brian C. Nicholas, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406