ADVANCE 2000 INC
1140 WEHRLE DRIVE
AMHERST NY 14221

804000 Service Phill
EE ID: 1287

DANIEL MCGIRR
1759 PEN ARGYL ROAD
PEN ARGYL PA  18072

**VOID**

**VOID**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Daniel McGirr | | |
| 1759 Pen Argyl Road | | |
| Pen Argyl, PA  18072 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: | | |
| Home Department: 804000 Service Philly | | |
| Pay Period: 12/19/16 to 01/01/17 | | |
| Check Date: 01/06/17   Check #: 6710 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg . | 2544.65 | 2544.65 |
| **NET PAY** | **2544.65** | **2544.65** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Vacation | 0.00 hrs | 0.00 hrs |
| Sick | 0.00 hrs | 8.00 hrs |
| Personal Time | 0.00 hrs | 16.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | M56.00 | | | M56.00 | |
| | Bereavement | M16.00 | | | M16.00 | |
| | Salary | | | 3269.23 | | 3269.23 |
| | Holiday | M8.00 | | | M8.00 | |
| | Total Hours | 80.00 | | | 80.00 | |
| | Gross Earnings | | | 3269.23 | | 3269.23 |
| | Total Hrs Worked | 72.00 | | | | |

| OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Do not increase Net Pay | | | | | | |
| | Group Term Life | | | 6.92 | | 6.92 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 202.62 | | 202.62 |
| | Medicare | | | 47.39 | | 47.39 |
| | Fed Income Tax | M 4 | | 309.95 | | 309.95 |
| | PA Income Tax | | | 100.12 | | 100.12 |
| | PA Unemploy | | | 2.29 | | 2.29 |
| | PA LPLAN-Nor LS | | | 2.00 | | 2.00 |
| | PA PLNFD-Nor In | | | 52.18 | | 52.18 |
| | **TOTAL** | | | **716.55** | | **716.55** |

| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | GTL Vol Pretax | | | 8.03 | | 8.03 |
| | **TOTAL** | | | **8.03** | | **8.03** |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **2544.65** | **2544.65** |

*Payrolls by Paychex, Inc.*

0940 1405-6747  Advance 2000 Inc • 1140 Wehrle Drive • Amherst NY  14221 • (716) 929-0968

ADVANCE 2000 INC
1140 WEHRLE DRIVE
AMHERST NY 14221

804000 Service Phil
EE ID: 1287

DANIEL MCGIRR
1759 PEN ARGYL ROAD
PEN ARGYL PA  18072

# VOID

# VOID



| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Daniel McGirr | | |
| 1759 Pen Argyl Road | | |
| Pen Argyl, PA  18072 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: | | |
| Home Department: 804000 Service Philly | | |
| Pay Period: 11/07/16 to 11/20/16 | | |
| Check Date: 11/25/16    Check #: 6416 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 22680.40 |
| Chkg . | 2543.88 | 32500.56 |
| NET PAY | 2543.88 | 55180.96 |

| TIME OFF (Based on Policy Year) | | |
|---|---|---|
| DESCRIPTION | AMT TAKEN | AVAIL BAL |
| Vacation | 80.00 hrs | 0.00 hrs |
| Sick | 16.00 hrs | 8.00 hrs |
| Personal Time | 0.00 hrs | 16.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | M80.00 | | | M1000.00 | 31711.54 |
| | Salary | | | 3269.23 | | 45769.22 |
| | Holiday | | | | M24.00 | 653.85 |
| | Sick | | | | M16.00 | 326.92 |
| | Vacation | | | | M80.00 | |
| | Total Hours | 80.00 | | | 1120.00 | |
| | Gross Earnings | | | 3269.23 | | 78461.53 |
| | Total Hrs Worked | 80.00 | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | Group Term Life | 6.92 | 166.08 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 202.62 | 4367.10 |
| | Medicare | | 47.39 | 1021.34 |
| | Fed Income Tax | M 4 | 310.72 | 6257.53 |
| | PA Income Tax | | 100.12 | 2157.38 |
| | PA Unemploy | | 2.29 | 54.96 |
| | PA LPLAN-Nor LS | | 2.00 | 48.00 |
| | PA PLNFD-Nor In | | 52.18 | 1183.78 |
| | TOTAL | | 717.32 | 15090.09 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Dental EE Preta | | 1199.73 |
| | GTL Vol Pretax | 8.03 | 192.72 |
| | Medical EE Pret | | 6720.96 |
| | Wellness Pretax | | 77.07 |
| | TOTAL | 8.03 | 8190.48 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2543.88 | 55180.96 |

*Payrolls by Paychex, Inc.*

0940 1405-6747   Advance 2000 Inc • 1140 Wehrle Drive • Amherst NY  14221 • (716) 929-0968

ADVANCE 2000 INC
1140 WEHRLE DRIVE
AMHERST NY 14221

804000 Service Phill
EE ID: 1287

DANIEL MCGIRR
1759 PEN ARGYL ROAD
PEN ARGYL PA  18072

**VOID**

**VOID**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Daniel McGirr | | |
| 1759 Pen Argyl Road | | |
| Pen Argyl, PA  18072 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: | | |
| Home Department: 804000 Service Philly | | |
| Pay Period: 11/21/16 to 12/04/16 | | |
| Check Date: 12/09/16   Check #: 6512 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 22680.40 |
| Chkg ' | 2543.87 | 35044.43 |
| **NET PAY** | **2543.87** | **57724.83** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Vacation | 80.00 hrs | 0.00 hrs |
| Sick | 16.00 hrs | 8.00 hrs |
| Personal Time | 0.00 hrs | 16.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | M72.00 | | | M1072.00 | 31711.54 |
| | Salary | | | 3269.23 | | 49038.45 |
| | Holiday | M8.00 | | | M32.00 | 653.85 |
| | Sick | | | | M16.00 | 326.92 |
| | Vacation | | | | M80.00 | |
| | **Total Hours** | 80.00 | | | 1200.00 | |
| | **Gross Earnings** | | | 3269.23 | | 81730.76 |
| | **Total Hrs Worked** | 72.00 | | | | |

| OTHER ITEMS | DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| *Do not increase Net Pay* | | | | |
| | Group Term Life | | 6.92 | 173.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 202.63 | 4569.73 |
| | Medicare | | 47.39 | 1068.73 |
| | Fed Income Tax | M 4 | 310.72 | 6568.25 |
| | PA Income Tax | | 100.12 | 2257.50 |
| | PA Unemploy | | 2.29 | 57.25 |
| | PA LPLAN-Nor LS | | 2.00 | 50.00 |
| | PA PLNFD-Nor In | | 52.18 | 1235.96 |
| | TOTAL | | 717.33 | 15807.42 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Dental EE Preta | | 1199.73 |
| | GTL Vol Pretax | 8.03 | 200.75 |
| | Medical EE Pret | | 6720.96 |
| | Wellness Pretax | | 77.07 |
| | TOTAL | 8.03 | 8198.51 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2543.87** | **57724.83** |

*Payrolls by Paychex, Inc.*

0940 1405-6747   Advance 2000 Inc • 1140 Wehrle Drive • Amherst NY  14221 • (716) 929-0968

ADVANCE 2000 INC
1140 WEHRLE DRIVE
AMHERST NY 14221

804000 Service Phill
EE ID: 1287

DANIEL MCGIRR
1759 PEN ARGYL ROAD
PEN ARGYL PA  18072

**VOID**

**VOID**

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Daniel McGirr | | | | Regular | M80.00 | | | M1152.00 | 31711.54 |
| 1759 Pen Argyl Road | | | | Salary | | | 3269.23 | | 52307.68 |
| Pen Argyl, PA  18072 | | | | Holiday | | | | M32.00 | 653.85 |
| | | | | Sick | | | | M16.00 | 326.92 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: | | | | Vacation | | | | M80.00 | |
| Home Department: 804000 Service Philly | | | | **Total Hours** | 80.00 | | | 1280.00 | |
| | | | | **Gross Earnings** | | | 3269.23 | | 84999.99 |
| Pay Period: 12/05/16 to 12/18/16 | | | | **Total Hrs Worked** | 80.00 | | | | |
| Check Date: 12/23/16   Check #: 6614 | | | OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| **NET PAY ALLOCATIONS** | | | *Do not increase Net Pay* | | | | | | |
| | | | | Group Term Life | | | 6.92 | | 179.92 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | 22680.40 | | | | | | | |
| Chkg | 2543.89 | 37588.32 | | Social Security | | | 202.62 | | 4772.35 |
| **NET PAY** | **2543.89** | **60268.72** | | Medicare | | | 47.38 | | 1116.11 |
| **TIME OFF** *(Based on Policy Year)* | | | | Fed Income Tax | M 4 | | 310.72 | | 6878.97 |
| | | | | PA Income Tax | | | 100.12 | | 2357.62 |
| DESCRIPTION | AMT TAKEN | AVAIL BAL | | PA Unemploy | | | 2.29 | | 59.54 |
| Vacation | 80.00 hrs | 0.00 hrs | | PA LPLAN-Nor LS | | | 2.00 | | 52.00 |
| Sick | 16.00 hrs | 8.00 hrs | | PA PLNFD-Nor In | | | 52.18 | | 1288.14 |
| Personal Time | 0.00 hrs | 16.00 hrs | | **TOTAL** | | | 717.31 | | 16524.73 |
| | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | Dental EE Preta | | | | | 1199.73 |
| | | | | GTL Vol Pretax | | | 8.03 | | 208.78 |
| | | | | Medical EE Pret | | | | | 6720.96 |
| | | | | Wellness Pretax | | | | | 77.07 |
| | | | | **TOTAL** | | | 8.03 | | 8206.54 |
| | | | **NET PAY** | | | | THIS PERIOD ($) 2543.89 | | YTD ($) 60268.72 |

*Payrolls by Paychex, Inc.*

0940 1405-6747   Advance 2000 Inc • 1140 Wehrle Drive • Amherst NY  14221 • (716) 929-0968