IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :
DANIEL T. McGIRR,                     :   BANKRUPTCY NO. 17-10240 (REF)
                                      :
    Debtor                            :   CHAPTER 13


## FIRST AMENDED CHAPTER 13 PLAN

1. The future earnings of the Debtor is submitted to the supervision and control of the Court, and the Debtor shall pay to the Trustee for a period of thirty-six (36) months as follow:

>    6 Monthly Payments of $253.58 a month to Trustee
>    30 Monthly Payments of $194.13 a month to Trustee

2. From the Plan payments so received, the Trustee shall make disbursements as follows:

   a. The priority payments required by Section 507(a)(1), including but not limited to:

>    Trustee's Commission
>    Trustee's Noticing Fee

   b. Any funds remaining after the above amounts are paid in full to the following secured creditors:

|  |  |
|---|---|
| Santander Consumer arrearages | $ 309.77 |
| Ally Financial arrearages | 206.72 |
| AmeriCredit Financial Services, Inc. dba GM Financial arrearages | 787.56 |

   c. Any funds remaining after the above amounts are paid in full to the following unsecured, priority creditors:

>    None.

   d. Any funds remaining after the above amounts are paid in full: payment of 100% of all allowed unsecured claims.

3. The current monthly payments on the following claims will be paid by the Debtor directly to that Creditor and will not be paid under the Plan. The Debtor will cure the default on those claims, if any, by making payments on the arrears through the Plan. Upon completion of the payment of the arrears, the Debtor will be reinstated on the original payment schedule for the claim(s) as if no default had ever occurred, except for the amount of any default in current payments to be made after commencement of this case which has not been cured by that date:

        Chrysler Capital – Auto Loan
        Ally Financial - Auto Loan
        GM Financial - Auto Loan

4. Debtors are abandoning the house and have relocated to a rental property.

5. The title to the Debtor's property of the estate shall revest in the Debtor upon confirmation of this Plan and upon closing of the case pursuant to Bankruptcy Rule 5009, and the Debtor shall have sole right to use and possession thereof during the pendency of this case, including the right to use, sell or lease such property in the ordinary course of the Debtor's affairs.

6. This Plan complies with the provisions of Chapter 13 and all other applicable provisions of Title 11 of the United States Code. Any fee, charge or amount required to be paid under Chapter 13 of Title 28 of the United States Code or required by the plan to be paid before confirmation has or will be paid prior to confirmation.

Dated: July 24, 2017

                                                Stephen J. Palopoli III, Esquire
                                                Attorney I.D. No. 53647
                                                Counsel for Debtors
                                                1125 S. Cedar Crest Blvd., Suite 205
                                                Allentown, PA 18103