17-0289

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Daniel T. McGirr<br><br>                              Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3<br>                              Movant<br>v.<br>Daniel T. McGirr and<br>Frederick L. Reigle, Esquire<br>                              Respondents | 17-10240 REF<br><br>Chapter 13 Proceeding<br><br>Related to Document #22: |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

    Movant, U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, respectfully withdraws its Objection to Confirmation, which was filed on 03/02/2017, at docket #22.

                                      POWERS KIRN & ASSOCIATES, LLC

                                      By:  **/s/  Jill Manuel-Coughlin, Esquire**
                                      Attorney ID# 63252
                                      Eight Neshaminy Interplex, Suite 215
                                      Trevose, PA 19053
                                      Telephone: 215-942-2090
                                      E-mail: Jill@pkjllc.com
                                      Attorney for Movant
                                      Dated:  July 31, 2017

17-0289

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Daniel T. McGirr<br><br>　　　　　　　　　　Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3<br>　　　　　　　　　　Movant<br>v.<br>Daniel T. McGirr and<br>Frederick L. Reigle, Esquire<br>　　　　　　　　　　Respondents | 17-10240 REF<br><br>Chapter 13 Proceeding<br><br>Related to Document #22: |

**CERTIFICATION OF SERVICE OF**
**PRAECIPE TO WITHDRAW**

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on July 31, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first class U.S. mail.

**Parties Served via Electronic Notification:**

Stephen J. Palopoli, III, Esquire
1425 Hamilton Street
Allentown, PA  18102
Attorney for Debtor(s)

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading PA  19606
Trustee

**Parties Serviced via First Class Mail:**

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@pkjllc.com
Attorney for Movant
Dated:  July 31, 2017