IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
DANIEL T. McGIRR,                   :   BANKRUPTCY NO. 17-10240 (REF)
                                    :
    Debtor                          :   CHAPTER 13


PRAECIPE FOR CHANGE OF ADDRESS

TO THE CLERK OF THE BANKRUPTCY COURT:

Please change the address of the above Debtor, Daniel T. McGirr, to 448 Beil Avenue, Nazareth, PA 18064.


Dated: August 22, 2017             _____
                                   Stephen J. Palopoli III, Esquire
                                   Attorney I.D. No. 53647
                                   Counsel for Debtor
                                   1125 S. Cedar Crest Blvd., Suite 205
                                   Allentown, PA 18103