**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Daniel T. McGirr<br><br>Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3<br>Movant<br>v.<br>Daniel T. McGirr and<br>Frederick L. Reigle, Esquire<br>Respondents | 17-10240 REF<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 09/14/2017 at 9:30am |

## CERTIFICATE OF NO RESPONSE
## TO MOTION FOR RELIEF

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 22, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **09/06/2017**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

          Respectfully submitted,
          POWERS KIRN &ASSOCIATES, LLC

By:    **/s/ Jill Manuel-Coughlin, Esquire**
          By: Jill Manuel-Coughlin
          Attorney ID #     63252
          Eight Neshaminy Interplex, Suite 215
          Trevose, PA 19053
          Telephone: 215-942-2090
          Facsimile: 215-942-8661
          E-mail: Jill@pkallc.com
          Attorney for Movant
          DATED: September 11, 2017

17-0289

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Daniel T. McGirr<br><br>Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3<br>Movant<br><br>v.<br>Daniel T. McGirr and<br>Frederick L. Reigle, Esquire<br>Respondents | 17-10240 REF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  09/14/2017 at 9:30am |

**CERTIFICATION OF SERVICE AND NOTICE**

JILL MANUEL-COUGHLIN, counsel for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on September 11, 2017:

*Served Electronically*:

Stephen J. Palopoli, III, Esquire
1125 S. Cedar Crest Blvd., Suite 205
Allentown, PA 18103
(VIA ECF)
Attorney for Debtor

Kimberly A. McGirr (CoDebtor)
1759 Pen Argyl Road
Pen Argyl, PA 18072

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
(VIA ECF)
Trustee

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
(VIA ECF)

*Served Via 1st Class Mail:*

POWERS KIRN & ASSOCIATES, LLC

By: */s/ Jill Manuel-Coughlin, Esquire*
By:  Jill Manuel-Coughlin
Attorney ID #      63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkallc.com
Attorney for Movant
DATED:  September 11, 2017