UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
DANIEL T. MCGIRR,                                   :    Case No. 17-10240 REF
       *Debtor*                                    :    Chapter 13
                                                    :

**ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED**

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by AmeriCredit Financial Services., Inc., dba GM Financial *(regarding a 2011 Chevrolet Traverse )*, on August 21, 2017, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania, 19601**

on:    Thursday, November 30, 2017

at:    9:30 a.m. prevailing time.

BY THE COURT

**Date: November 3, 2017**

Richard E. Fehling,
United States Bankruptcy Judge