United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel T. McGirr  
    Debtor

Case No. 17-10240-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: SaraR   Page 1 of 1   Date Rcvd: Nov 16, 2017  
                Form ID: pdf900   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
```
db             +Daniel T. McGirr,    448 E Beil Avenue,    Nazareth, PA 18064-1158
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:46:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```
                                                                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE HOME EQUITY MORTGAGE TRUST SERIES 2006-5 HOME EQUITY MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-5 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, etal
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Daniel T. McGirr s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```
                                                                                                                                                                                                                                                        TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: DANIEL T. MCGIRR <br> **Debtor(s)** | ) <br> ) CHAPTER 13 <br> ) |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL <br> **Moving Party** <br> v. | ) CASE NO. 17-10240-REF <br> ) <br> ) <br> ) 11 U.S.C. 362 <br> ) <br> ) 11 U.S.C. 1301 |
| DANIEL T. MCGIRR <br> KIMBERLY A. MCGIRR <br> **Respondent(s)** | ) <br> ) HEARING DATE: **9-14-17 at 9:30 AM** <br> ) <br> ) |
| FREDERICK L. REIGLE <br> **Trustee** | ) <br> ) <br> ) |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 14, 2017, in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: November 16, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE