United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-10240-ref
Daniel T. McGirr                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR           Page 1 of 1           Date Rcvd: Jun 25, 2018
                            Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
db          +Daniel T. McGirr,    448 E Beil Avenue,    Nazareth, PA 18064-1158
cr          +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: ally@ebn.phinsolutions.com Jun 26 2018 02:14:12     Ally Financial Inc.,
              P.O. Box 130424,    Roseville, MN 55113-0004
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:28:53    Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE HOME EQUITY MORTGAGE TRUST SERIES 2006-5 HOME EQUITY MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-5 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, etal
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Daniel T. McGirr s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          BANKRUPTCY NO. 17-10240(REF)
DANIEL T. MCGIRR

             Debtor                                             CHAPTER 13

STIPULATION RESOLVING ALLY FINANCIAL INC.'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER having been brought before the Court on a Motion for Relief from the Automatic Stay by Lavin, O'Neil, Cedrone & DiSipio, attorneys for Ally Financial Inc. ("Ally") and Stephen J. Palopoli, III, Esquire attorney for Debtor, Daniel T. McGirr having consented to the entry of the within Order, and for good cause shown;

AND NOW COMES Ally, by and through their counsel, and state as follows:

(a)  Daniel T. McGirr (the "Debtor") and non-filing party Kimberly McGirr (the "Non-Filing Party") financed the purchase of a 2014 Mazda Mazda 2, VIN: JM1DE1LY3E0174842 (the "Vehicle") pursuant to the terms of a Retail Installment Sale Contract dated December 9, 2016 (the "Contract) which has been assigned to Ally.

(b)  Pursuant to the Contract, Ally maintains a perfected security interest in and to: (a) the Vehicle; (b) accessories, equipment and replacement parts installed in the Vehicle; and (c) service contracts on the Vehicle.

(c)  The Debtor and non-filing party desire to retain possession of the Vehicle and provide adequate protection for Ally's interest in the Vehicle.

NOW THEREFORE, in consideration of the above, Ally, the Debtor and non-filing party STIPULATE AND AGREE as follows:

1. The Debtor and Non-Filing Party are $2,067.31 in arrears through and including the May 9, 2018 due payment. The Debtor and Non-Filing Party acknowledge their account is in arrears in the amount of $2,067.31 through and including the May 9, 2018 due payment.

2. The Debtor and/or Non-Filing Party shall cure the arrears in the amount of $2,067.31 over six (6) months by paying an additional payment of $344.55 along with the regular monthly payment in the amount of $206.73 for a total of $551.28 beginning with the June 9, 2018 due payment and continuing through and including the November 9, 2018 due payment. Said payments shall be made payable to Ally Financial Inc. in certified funds or money order. Said payment shall be forwarded to: Ally Financial Inc., Payment Processing Center, P.O. Box 78367, Phoenix, AZ 85062-8367.

3. The Debtor and/or Non-Filing Party shall make the June 9, 2018 contract payment and cure payment and all future contract payments on time. Said payment shall be forwarded to: Ally Financial Inc., Payment Processing Center, P.O. Box 78367, Phoenix, AZ 85062-8367.

4. Ally is awarded counsel fees and costs in the amount of $500.00 to cover the costs of filing the motion. Counsel fees shall be paid through the Chapter 13 Plan and the Trustee shall pay them directly to Ally Financial Inc., Payment Processing Center, P.O. Box 78367, Phoenix, AZ 85062-8367.

5. Claimant shall file an amended Proof of Claim including the attorney fees as stated above. Thereafter, Debtor shall amend his plan to include this amount.

6. All payments shall be made payable to Ally and include Debtor's account number.

7. The Debtor hereby agrees to maintain insurance coverage in such types and amounts as are required by the Contract until such time as all amounts due Ally under the Contract are paid in full.

8. Debtor shall resume making regular monthly payments in the amount of $206.73 commencing with the payment due December 9, 2018.

9. If Debtor fails to comply with any of the stipulated terms herein, or if Debtor fails to make payments within fifteen (15) days of due date, Ally Financial Inc. shall be granted immediate relief from the automatic stay imposed by 11 U.S.C. §362 with respect to the Vehicle as to the Debtor and Ally Financial Inc. shall also be granted relief from the co-debtor stay imposed by 11 U.S.C. §1301(c) without further application to the court.

10. If for any reason Debtor(s)' case is closed, terminated, dismissed or converted, the parties hereto agree and acknowledge that the terms of this agreed/stipulated order will be null and void and the parties are returned to the status quo with their respective rights under state law and the Contract.

11. This Stipulation may be executed by facsimile and such facsimile signatures shall be deemed as originals.

12. The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

CONSENTED TO BY:

DATED: _____

STEPHEN J. PALOPOLI, III, ESQUIRE
Attorney for the Debtor

*Kimberly McGirr*
Kimberly McGirr, Co-Debtor

CONSENTED TO BY:

DATED: 5/30/18

REGINA COHEN, ESQUIRE
Attorneys for Ally Financial Inc.

CONSENTED TO BY:

DATED: 6/18/18

FREDERICK L. REIGLE
Chapter 13 Trustee

SO ORDERED:

ENTERED ON: _____

**Date: June 25, 2018**

RICHARD E. FEHLING
United States Bankruptcy Judge

4