UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

DANIEL T. MCGIRR

                                                                        : Bankruptcy No. 17-10240REF
            Debtor(s)                                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

STEPHEN J PALOPOLI III ESQ
1125 S CEDAR CREST BLVD
SUITE 205
ALLENTOWN PA 18103-7903

DANIEL T. MCGIRR
448 BEIL AVENUE
NAZARETH,PA.18064-