United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-10240-ref
Daniel T. McGirr                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 2           Date Rcvd: Dec 20, 2018
                              Form ID: pdf900        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db             +Daniel T. McGirr,    448 E Beil Avenue,    Nazareth, PA 18064-1158
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14223474      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,     dba GM Financial,
                 PO Box 183853,    Arlington, TX 76096)
14101812       +Ally Financial Inc.,    c/o Lavin O'Neil Cedrone & Disipio,    190 North Independence Mall West,
                 6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1554
13854934       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13853919        Americas Servicing Co.,    3476 Stateview Blvd,    Fort Mill, SC  29715-7203
13969669       +Americredit Financial Services, Inc.,    c/o William E. Craig, Esq.,    110 Marter Ave, Ste 301,
                 Moorestown, NJ 08057-3124
13853922        Capital One, N.A.,    c/o Becket and Lee LP,    PO Box 3001,    Malvern, PA  19355-0701
13872319        Chrysler Capital,    PO BOX 961275,    Fort Worth, TX  76161-0275
13853924        GM FInancial,    PO Box 181145,    Arlington, TX  76096-1145
13853927        Milstead & Associates LLC,    1 E Stow Rd,    Marlton, NJ  08053-3118
13853917        Santander Consumer/dba Chrysler Capital,    PO Box 961275,    Fort Worth, TX  76161-0275
13853923       +Santander Consumer/dba Chrysler Capital,    PO Box 961278,    Fort Worth, TX 76161-0278
13853928        Select Portfolio Svcg.,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
13868769        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2018 02:47:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:44:10      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13853918        E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2018 02:46:40      Ally Financial,
                 PO Box 380901,    Bloomington, MN  55438-0901
13874288        E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2018 02:46:40      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13853920        E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 21 2018 02:47:54
                 Berks Credit & Collections,    900 Corporate Dr,    Reading, PA  19605-3340
13853921        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:44:42
                 Capital One Bank USA, NA,    PO Box 30281,    Salt Lake City, UT  84130-0281
13853926        E-mail/Text: bncnotices@becket-lee.com Dec 21 2018 02:46:43      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI  53201-3115
13952280        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 03:06:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869854       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 02:43:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13853925      ##Kimberly McGirr,    1759 Pen Argyl Rd,    Pen Argyl, PA  18072-9100
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Dec 20, 2018
                              Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE HOME EQUITY MORTGAGE TRUST SERIES 2006-5 HOME EQUITY MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-5 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, etal
               jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Daniel T. McGirr s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                 :

DANIEL T. MCGIRR

                                                                        : Bankruptcy No. 17-10240REF
       Debtor(s)                                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                    BY THE COURT

**Date: December 20, 2018**
                                                                    _____
                                                                    Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

STEPHEN J PALOPOLI III ESQ
1125 S CEDAR CREST BLVD
SUITE 205
ALLENTOWN PA 18103-7903

DANIEL T. MCGIRR
448 BEIL AVENUE
NAZARETH,PA.18064-